In the Matter of the Claim of JULIUS FISHBEIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— STALEY, JR., J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Staley, Jr., J.

HELEN G. MURPHY, Individually and as Executrix of HARRY M. MURPHY, Deceased, Appellant, v. CAPITAL SECURITIES COMPANY et al., Respondents.— MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by the court.